JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-1246 AG (AJWx) | Date | September 16, 2010 |
|---|---|---|---|
| Title | CATHERINE L. NAZARIAN, ETC. V. CHEVY CHASE BANK, ETC., ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:**     **[IN CHAMBERS] ORDER DISMISSING CASE WITHOUT PREJUDICE**

On August 31, 2010, this Court issued an order regarding pretrial matters ("August 31 Order").  The Court ordered Plaintiff, within 14 days, to file a declaration under penalty of perjury stating that there had been compliance with Rule 11(b) of the Federal Rules of Civil Procedure and specifically stating that the allegations supporting federal jurisdiction complied with Rule 11(b).

The August 31 Order stated:

> If the declaration required by paragraph 1 is not timely filed, the Court will assume Plaintiff does not wish to pursue this case at this time in federal court, and to avoid a dismissal with prejudice, this case will be immediately dismissed WITHOUT PREJUDICE.

(August 31 Order at 1-2.)

Plaintiff has not filed the declaration required by the August 31 Order.  Accordingly, this

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-1246 AG (AJWx) | Date | September 16, 2010 |
|---|---|---|---|
| Title | CATHERINE L. NAZARIAN, ETC. V. CHEVY CHASE BANK, ETC., ET AL. | | |

case is DISMISSED without prejudice.  All pending dates are ordered VACATED.

: 0

Initials of Preparer       lmb